# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER DEW-GLASSBURN | § § | |
| V. | § § | CASE NO. 4:05CV57 (Judge Schneider/Judge Bush) |
| UNITED HEALTH GROUP | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On November 30, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that Defendant's Motion for Summary Judgment be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant's Motion for Summary Judgment is GRANTED. It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this 3rd day of January, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE